IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| ALANA L. PONCHART, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 05-822-ST |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) | |
| | ) | |
| Defendant. | ) | |

    Tim D. Wilborn
    Tim D. Wilborn, Attorney At Law
    2020-C SW 8th Avenue, PMB #294
    West Linn, Oregon 97068

        Attorney for Plaintiff

    Karin J. Immergut
    United States Attorney
    District of Oregon

Neil J. Evans
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, Oregon  97204

Leisa A. Wolf
Social Security Administration
Office of General Counsel
701 Fifth Avenue, Suite 2900 M/S 901
Seattle, Washington 98104

Michael McGaughran
Social Security Administration
Office of the General Counsel
701 Fifth Avenue, Suite 2900 MS/901
Seattle, Washington 98104

      Attorneys for Defendant

KING, Judge:

The Honorable Janice M. Stewart, United States Magistrate Judge, filed Findings and Recommendation on September 7, 2006.  The matter is before this court.  See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).  No objections have been timely filed.  This relieves me of my obligation to give the factual findings de novo review.  Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Magistrate Judge Stewart's Findings and Recommendation (#22).

///

///

Page 2 - ORDER

IT IS HEREBY ORDERED that the decision of the Commissioner is REVERSED and the case is REMANDED for calculation and an award of benefits.

Dated this    10th    day of October, 2006.

    /s/ Garr M. King
Garr M. King
United States District Judge

Page 3 - ORDER