WILBORN & ASSOCIATES, P.C., ATTORNEYS AT LAW
TIM WILBORN — OSB # 94464
twilborn@mindspring.com
2020-C SW 8th Avenue, PMB # 294
West Linn, Oregon 97068
Voice: (503) 697-7019
Fax: (503) 697-7153
  Attorney for Plaintiff

FILED '06 DEC 26 09:01 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**ALANA PONCHART,**                                                CV # 05-822-ST

  Plaintiff,

vs.                                                                ORDER

**COMMISSIONER of Social Security,**

  Defendant.

---

Attorney fees in the amount of $6,900.00 are hereby awarded to Plaintiff's counsel, Tim Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). The check shall be sent to Tim Wilborn's address, above.

DATED this 21st day of Dec, 2006.

_____
United States District Judge

Submitted on December 20, 2006 by:

/s/ Tim Wilborn, OSB # 94464
(503) 697-7019
  Attorney for Plaintiff

ORDER - Page 1